IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**IRMA PATRICE DAWSON**                                                         **PLAINTIFF**

**V.**                         **CAUSE NO. 3:25-cv-00261-JDM-RP**

**CITY OF HOLLY SPRINGS, et al.**                                    **DEFENDANTS**

## ORDER

On February 12, 2026, the Magistrate Judge entered a Report and Recommendation that this action should be dismissed. [25] The recommendation was based on Plaintiff's Irma Patrice Dawson's failure to comply with an earlier order entered December 10, 2025. [22] Dawson had fourteen days to file an objection to the recommendation to dismiss. But she has not done so. Therefore, the Court is of the opinion the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the Magistrate Judge's Report and Recommendation [25] is **APPROVED AND ADOPTED** as the order of this Court. The case is hereby **DISMISSED without prejudice**. The Defendants' Motion to Dismiss for Failure to State a Claim [13] is **DISMISSED as moot**. A separate judgment will be entered on this date.

SO ORDERED this 3rd day of March, 2026.

                                              /s/ James D. Maxwell II
                                              UNITED STATES DISTRICT JUDGE
                                              NORTHERN DISTRICT OF MISSISSIPPI